**IT IS ORDERED as set forth below:**

Date: April 01, 2011

_____
Paul W. Bonapfel
U.S. Bankruptcy Court Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| JAMES BOYD CAMPBELL, | ) | CASE NO. 10-89370-PWB |
| TAMMY JEANNE CAMPBELL, | ) | |
| AKA TAMMY JEANNE TEAL, | ) | |
| | ) | |
| Debtors. | ) | |
| -------------------------- | - | ------------------------------ |
| | ) | |
| U.S. BANK, N.A. IT'S | ) | CONTESTED MATTER |
| SUCCESSORS IN INTEREST | ) | |
| ASSIGNS, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES BOYD CAMPBELL, | ) | |
| TAMMY JEANNE CAMPBELL, | ) | |
| AKA TAMMY JEANNE TEAL, and | ) | |
| MARY IDA TOWNSON, as | ) | |
| Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

**CONSENT ORDER**

U.S. BANK, N.A. IT'S SUCCESSORS IN INTEREST ASSIGNS (hereinafter referred to as "US BANK") having filed a "Motion to Terminate Stay and to Authorize Movant to Take Possession of Collateral", same regularly scheduled for hearing on 3/16/2011 upon lawful notice given to all required parties-in-interest, and it

appearing to the Court that the parties having consented thereto and that the same is proper, it is hereby ORDERED as follows:

1.

On or before March 20, 2011, Debtor shall pay directly to US BANK $2,100.00

2.

Commencing April 1, 2011, Debtor(s) shall maintain regular monthly payments to the US BANK as they fall due post-petition.

3.

US BANK shall be authorized to amend its arrearage Proof of Claim to increase said amount by $750.00 which represents Attorney fees incurred as a result of this Motion.

4.

So long as all the terms and conditions set forth above are complied with, the automatic stay shall remain in effect.  However, if the Debtor(s) defaults in the performance of any of the terms and conditions set forth above six (6) months from the date of entry of this Order, then upon notice of default sent by first class mail to Debtor and Debtor's attorney and failure by Debtor to cure such default within ten (10) days of the date of receipt of such notice, Movant may file a motion and affidavit of default with the Court, with service upon Debtor and Debtor's Attorney, and the Court may enter the Order terminating the automatic stay without further notice or hearing.  US BANK shall remit to the Trustee such proceeds as exceed the lawful debt due, if any, following disposition of such collateral.

**END OF DOCUMENT**

[Signatures on Next Page]

RE:  US BANK v. James Boyd Campbell,
     Tammy Jeanne Campbell aka Tammy Jeanne Teal
     Chapter 13 Bankruptcy Case No. 10-89370-PWB


[SIGNATURE PAGE]

PRESENTED BY:
LEVINE, BLOCK & STRICKLAND, LLP


BY: /s/ Ronald A. Levine
Ronald A. Levine, Esq.
(GA Bar No. 448736)
Attorneys for Movant
Centrum at Glenridge
780 Johnson Ferry Road
Suite 240
Atlanta, Georgia 30342
(404) 231-4567

CONSENTED TO:

/s/ Taylor Schlairet
Taylor Schlairet
Clark & Washington
[By Ronald A. Levine With Express Permission]
(GA Bar No. 940461)
Attorney for Debtor(s)
3300 N.E. Expressway
Building 3, Suite A
Atlanta, GA 30341
404-522-2222

HAVE SEEN AND NO OPPOSITION:

/s/ Brandi Kirkland
Brandi Kirkland, Esq.
[By Ronald A. Levine With Express Permission]
(GA Bar No. 423627)
Chapter 13 Trustee
The Equitable Building
Suite 2700
100 Peachtree Street, N.W.
Atlanta, GA 30303
404-525-1110

**DISTRIBUTION LIST**

James Boyd Campbell
Tammy Jeanne Campbell
aka Tammy Jeanne Teal
5405 W. Teal Rd
Fairburn, Georgia 30213

Taylor Schlairet
Clark & Washington
3300 N.E. Expressway
Building 3, Suite A
Atlanta, GA 30341

Brandi Kirkland, Esq.
Chapter 13 Trustee
The Equitable Building
Suite 2700
100 Peachtree Street, N.W.
Atlanta, GA 30303

Ronald A. Levine, Esq.
Levine, Block & Strickland, LLP.
Centrum at Glenridge
780 Johnson Ferry Road
Suite 240
Atlanta, Georgia 30342